JUDGE LONNIE SUKO

Alfred E. Donohue (WSBA#32774)
Wilson Smith Cochran Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
(206)623-4100
(206)623-9273 facsimile
donohue@wscd.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| JOHN SCHAUMAN,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN CORPORATION, a Delaware Corporation, and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>Defendants. | No. CV-09-217-LRS<br><br>CORPORATE DISCLOSURE |

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") and Experian Corporation (to the extent Plaintiff alleges Experian Corporation is an entity distinct from Experian) certifies pursuant to FRCP 7.1-1 that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

CORPORATE DISCLOSURE (Cause No. CV-09-217-LRS) – 1
jh/6423.006/362560

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273


2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

(a) First American Real Estate Solutions, LLC

(b) First American Real Estate Solutions II, LLC

(c) Vehicle Title, LLC

(d) Central Source LLC

(e) Online Data Exchange LLC

(f) New Management Services LLC

(g) VantageScore Solutions LLC

(h) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

DATED this 22nd day of July, 2009.

By: *s/ Alfred E. Donohue*
Alfred E. Donohue

Wilson Smith Cochran Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1007
Telephone: (206) 623-4100
Facsimile: (206) 623-9273
donahue@wscd.com

Attorneys for Defendants
EXPERIAN INFORMATION SOLUTIONS, INC.
AND EXPERIAN CORPORATION

CORPORATE DISCLOSURE (Cause No. CV-09-217-LRS) – 2
jh/6423.006/362560

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273

DECLARATION OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I served the foregoing document as follows:

via CM/ECF

Robert W. Mitchell
Attorney at Law
901 N Monroe St, Ste 356
Spokane, WA 99201-2158

**SIGNED** this 22nd day of July, 2009, at Seattle, Washington.

Jennifer Hickman

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273