UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN SCHAUMAN,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN CORPORATION, a Delaware Corporation, and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>    Defendants. | NO. CV-09-217-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Plaintiff's Stipulated Motion and Order of Dismissal (Ct. Rec. 6). Having reviewed said stipulated motion and having reviewed the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED**

1. Plaintiff's Stipulated Motion for Dismissal with Prejudice (**Ct. Rec. 6**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are hereby dismissed as moot.

ORDER OF DISMISSAL WITH PREJUDICE -1

The District Court Executive is ordered to file this Order, furnish copies to counsel, and **CLOSE** this file.

**DATED** this 13th day of April, 2010.

s/ Rosanna Malouf Peterson
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE -2